**MADE JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIO E. AVILES,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>HOME DEPOT U.S.A., INC., et al.,<br><br>　　　　　Defendants. | Case No.  CV 09-2598-GW(RCx)<br><br>**ORDER TO DISMISS WITH PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is hereby dismissed with prejudice in its entirety, with each party to bear their own costs.

IT IS SO ORDERED.

Dated: May 28, 2010                    BY THE COURT

　　　　　　　　　　　　　　　　　　　_/s/ George H. Wu_____
　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE H. WU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

[PROPOSED] ORDER TO DISMISS WITH PREJUDICE